UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 20
KASSING DRIVE, FAIRVIEW HEIGHTS,
ST. CLAIR COUNTY, ILLINOIS AND ALL
ATTACHMENTS, IMPROVEMENS AND
APPURTENANCES THERETO.,

    Defendant.                                No. 13-cv-298-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purposes of case management and in the furtherance of judicial efficiency.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on February 20, 2014 (Doc. 33), default judgment is entered against Lennil L. Johnson.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:     /s/*Sara Jennings*
                                                        **Deputy Clerk**

Dated:   February 21, 2014

Digitally signed by David R. Herndon
Date: 2014.02.21 08:14:42 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**