IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

PLAINTIFF,

v.     CIVIL NO.  13-298-DRH-SCW

REAL PROPERTY LOCATED AT
20 KASSING DRIVE, FAIRVIEW
HEIGHTS, ST. CLAIR COUNTY,
ILLINOIS, AND ALL ATTACHMENTS,
IMPROVEMENTS, AND
APPURTENANCES THERETO,

DEFENDANT.

## ORDER

Before the Court is plaintiff, United States of America's, Motion to Vacate (Doc 55) this Court's March 17, 2014 Stipulated Judgment and Decree for Forfeiture (Doc. 50). Upon motion of the United States, the Stipulated Judgment and Decree for Forfeiture (Doc. 50) is hereby **VACATED.**

**IT IS SO ORDERED.**

Signed this 19th day of September, 2014.

Digitally signed by
David R. Herndon
Date: 2014.09.19
16:12:01 -05'00'

**Chief Judge**
**United States District Court**